# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 8, 2025

## NO. 03-25-00538-CV

**Carl James Ginsberg, a/k/a Carl Ginsberg II, Appellant**

**v.**

**Midland Credit Management, Appellee**

**APPEAL FROM COUNTY COURT AT LAW OF BURNET COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED FOR WANT OF PROSECUTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on July 14, 2025. Having reviewed the record, the Court holds that Carl James Ginsberg, a/k/a Carl Ginsberg II has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.